In the Matter of BEN HOWE, Individually and as Chairman of the City Fusion Party, et al., Respondents, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and KENNETH F. SIMPSON, as Chairman of the Republican County Committee of New York County, et al., Appellants.

(Argued October 21. 1935; decided October 22, 1935.)

*Gabriel L. Kaplan* for Kenneth F. Simpson, appellant.

*A. David Benjamin* for John R. Crews, appellant.

*Walter M. Weis* for petitioners-respondents.

*Paul Windels, Corporation Counsel* (*Paxton Blair* and *Russell Lord Tarbox* of counsel), for Board of Elections of City of New York, respondent.

*John T. Dooling* for David H. Knott, respondent.

*Seymour Mork* for Harry B. Chambers, respondent.

*E. Ivan Rubenstein* for John J. Dorman, respondent.

*Charles W. Froessel,* in person, respondent.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* of counsel), appearing in support of constitutionality of subdivision 4 of section 137 of Election Law.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.